BEFORE THE SECOND DIVISION, AUGUST 1, 1968

**No. P68/318.**—William Shaland Corp. et al. v. United States, protests 67/63106, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the items of merchandise marked "D" covered by the foregoing protests consist of battery-operated horns similar in all material respects to

those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082) and that the items of merchandise marked "C" consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.